UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XIN PING ZHU, et al.,                              :
                                                   :
        Plaintiffs,            :    **ECF CASE**
                                                   :
  v.                                             :
                                                   :    08 Civ. 1246 (WHP)
USCIS NEBRASKA SERVICE CENTER,                     :
                                                   :
        Defendant.             :    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        February 21, 2008

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

By:    /s/_____
        F. JAMES LOPREST, JR.
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2728
        Facsimile: (212) 637-2786
        Email: james.loprest@usdoj.gov

TO:    Alfred Lui, Esq.
        33 Bowery, Suite C201
        New York, NY 10002