UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
XIN PING ZHU et al.,
                                              :
            Plaintiffs,                       :    08 Civ. 1246 (WHP)
                                              :
    -against-                                 :    SCHEDULING ORDER
                                              :
USCIS NEBRASKA SERVICE CENTER,
                                              :
            Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a June 13, 2008 conference, it is ordered on consent that this Court will hold a status conference on August 1, 2008 at 10:00 a.m.

Dated: June 16, 2008
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record:*

Alfred Siu Lui, Esq.
Law Offices of Alfred S. Lu
33 Bowery, Suite C201
New York, NY 10002
*Counsel for Plaintiffs*

Frank James Loprest, Jr., Esq.
U.S. Attorney's Office
Sothern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant*