MICHAEL J GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

XING PING ZHU, et al.,

                Plaintiffs,

        - v. -

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES
NEBRASKA SERVICE CENTER,

                Defendant.

-------------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 1246 (WHP)

       IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-referenced action be, and hereby is, dismissed with prejudice and without costs or attorney's fees to any party, subject to plaintiff's right to reinstate the action within sixty (60) days of the date of entry of this Stipulation and Order, by written notice to the Court, upon ten (10) days' prior notice to the United States Attorney's Office.

Dated:  New York, New York
        July 21 , 2008

                            ALFRED SIU LUI, ESQ.
                            Attorney for Plaintiffs
                            33 Bowery, Suite C201
                            New York, NY  10002
                            Tel. No.:  (212) 925-3438

Dated:   New York, New York
        July 23 , 2008

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York
                            Attorney for Defendant

           By:                     F. JAMES LOPREST, JR.
                            Special Assistant United States Attorney
                            86 Chambers Street, 4th Floor
                            New York, NY  10007
                            Tel. No.:  (212) 637-2728

The Clerk of Court is directed to mark this case closed.

SO ORDERED:

HON. WILLIAM H. PAULEY
UNITED STATES DISTRICT JUDGE
7/31/2008

A75 351 143; A75 351 144; A75 351 145; A73 677 475